**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6201

OCARY BRAITHWAITE,

Plaintiff – Appellant,

v.

GEORGE M. HINKLE, Warden (GRCC); GERALD F. BOYLE, CEO, Prison Health Services; DR. THOMPSON, Medical Physician; D. SPEARS, Nurse; BENJAMIN ELLIS,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, Senior District Judge. (1:09-cv-00879-TSE)

Submitted: June 1, 2010                    Decided: June 10, 2010

Before GREGORY and SHEDD, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Ocary Braithwaite, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

[*] This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Ocary Braithwaite appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Braithwaite v. Hinkle, No. 1:09-cv-00879-TSE (E.D. Va. Jan. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2